IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Germain Motor Company and Western China Motors Distributor, LLC, | : | Civil Action 2:07-cv-01298 |
| Plaintiffs | : | Judge Sargus |
| v. | : | Magistrate Judge Abel |
| David Shelburg, *et al.*, | : | |
| Defendants | : | |

## ORDER

On December 31, 2007, defendants filed a notice that they no longer wanted to be in federal court because plaintiffs have filed a notice of voluntary dismissal without prejudice in the Common Pleas Court. Accordingly, this case is hereby REMANDED to the Court of Common Pleas for Franklin County, Ohio for the purpose of effectuating plaintiffs' voluntary dismissal without prejudice.

1-4-2008

Edmund A. Sargus, Jr.
United States District Judge